**NOT FOR PUBLICATION**

FEB 24 2010

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALEJANDRA MENDOZA RAMIREZ, | No. 07-74483 |
| Petitioner, | Agency No. A095-310-841 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010[**]

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Alejandra Mendoza Ramirez, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal

from an immigration judge's ("IJ") order denying her application for cancellation

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

TL/Research

of removal.  We have jurisdiction pursuant to 8 U.S.C. § 1252.  We review for substantial evidence the agency's factual findings, *Melkonian v. Ashcroft*, 320 F.3d 1061, 1065 (9th Cir. 2003), and review de novo constitutional claims, *Colmenar v. INS*, 210 F.3d 967, 971 (9th Cir. 2000).  We deny the petition for review.

Substantial evidence supports the BIA's determination that Mendoza Ramirez failed to establish the ten years of continuous physical presence required for cancellation of removal.  *See* 8 U.S.C. § 1229b(d)(2) (departure in excess of ninety days breaks continuous physical presence).

The record does not support Mendoza Ramirez's contention that the IJ's manner of questioning her violated due process.  *See Melkonian*, 320 F.3d at 1072.

**PETITION FOR REVIEW DENIED.**